FILED

**Margaret Botkins**
**Clerk of Court**

10:33 am, 8/23/23

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| RYAN REMINGTON, MORGAN REMINGTON, T.R., a minor child, K.R., a minor child, and A.R., a minor child,<br><br>    Consolidated Plaintiffs<br><br>vs.<br><br>DEVON ENERGY PRODUCTION COMPANY, L.P.,<br><br>    Defendant. | Case Nos. 21-CV-182-F<br>21-CV-183-F<br>22-CV-64-F |

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the Remington Plaintiffs' and Defendant's Stipulated Motion to Dismiss with prejudice the Remington Plaintiffs' claims against Defendant. The Court finds that the Remington Plaintiffs' claims against Defendant should be dismissed with prejudice.

NOW, THEREFORE, IT IS ORDERED the Remington Plaintiffs' claims against Defendant are hereby DISMISSED WITH PREJUDICE. Each party to pay their own costs.

Since the Remington Plaintiffs were the last remaining Plaintiffs with claims against Devon Energy Production Company, L.P. in these consolidated actions, IT IS FURTHER ORDERED that case nos. 21-CV-182-F, 21-CV-183-F and 22-CV-64-F are hereby closed as all claims brought by all Plaintiffs in each of the consolidated cases have now been dismissed by this Court. The Clerk of Court shall close these cases accordingly and all deadlines/hearings still pending in this matter are hereby VACATED.

DATED this 23rd day of August, 2023.

                                                                     _____
                                                                      NANCY D. FREUDENTHAL
                                                                      UNITED STATES SENIOR DISTRICT JUDGE